IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

Michael D. Wieck §
§
V. § Case No. 1:17-cv-00599
§
Syn-RG-Royce, LLC dba GoGreenTX §

## APPLICATION TO PROCEED IN FORMA PAUPERIS
## AND FINANCIAL AFFIDAVIT IN SUPPORT

I, Michael D. Wieck, declare that I am the Applicant in the above-entitled proceeding. I am requesting permission to proceed without being required to prepay fees, costs, or give security therefor. In support of my application, I state that because of my poverty, I am unable to pay the costs of said proceeding or give security therefor and I believe I am entitled to relief. The nature of my action is briefly stated as follows:

I'm applying for assistance due to not having the necessary funds required for filing this lawsuit. The hardship that I'm currently in totals over $21,000.00. The amounts broken down are as follows: $9,013.00 unpaid wages and GoGreenTX purchases placed on my personal credit card in the amount of $12,030.97. The monthly interest levels are alone taking me further into debt, as my credit score was once a firm 760 is now at 677. Becoming unemployed in March 2017, I have not been able to find steady full time employment which has me more penny-wise and spending very little in order to make ends meets.

In further support of this application, I answer the following questions:

**Applicant's Name:** Michael D. Wieck

**Applicant's Home Address:** 7711 O'Connor Dr. Apt. 1713, Round Rock, TX 78681

### Questions Regarding Ability to Pay
**Employment:**

Are you now employed? Yes ☐ No ☒ Am Self Employed ☐

If yes, how much do you earn per month? $ _____

1

If no, give month and year of last employment _____ March 2017 _____

How much did you earn per month? $ 4,228.00

Name and Address of current or prior employer:
SynRG-Royce, LLC dba GoGreenTX
14 Galloping Rd.
Round Rock, Texas 78681

If married, state Spouse's name: NA

Is your Spouse employed? Yes ☐ No ☐

If working, how much does your spouse earn? $ 0.00

Do you receive any funds from relatives or for child support? If so, how much per month do you receive? $ 0.00

**Other Income:**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments (such as Social Security benefits), or other sources, including government benefits (such as A.F.D.C. or Social Security disability benefits)? Yes ☐ No ☒

If yes, give the amount and identify the sources:

| Received | Sources |
|---|---|
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |
| $ _____ | _____ |

## Cash:

Have you any cash on hand or money in savings or checking accounts? Yes ☒ No ☐

If yes, state total amount: $ 4,000.00

If neither you nor your spouse receive income of any kind, how are you able to pay for food and shelter?
Currently living off cash on hand and what's left in my bank account.

## Property:

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☒

If yes, give value and describe it and say in whose name the property is registered.

| Value | Description |
|---|---|
| $ | |
| $ | |
| $ | |
| $ | |

## Family Status and Dependents:

Marital Status: Single ☒ Married ☐ Widowed ☐ Separated ☐ or Divorced ☐

Total Number of Dependents: 0

Are any of your dependents employed? If so, where:
NA

How much do your dependent(s) earn monthly? $ 0.00

List persons you actually support, your relationship to them.

_____

_____

_____

_____

Do you pay alimony or child support or any other court-ordered payments? Yes ☐ No ☒

If yes, list how much and describe:
NA

## Monthly Debts of Applicant and/or Dependents

| Type of Debt | Name of Creditor | Total Debt | Payment |
|---|---|---|---|
| Credit Card | USAA | $ 15,995.00 | $ 100.00 |
|  |  | $ | $ |
|  |  | $ | $ |
|  |  | $ | $ |

## Monthly Expenses of Applicant and/or Dependents

Rent or House Payment: $ 1,221.18

Electric & Water Bills: $ 150.00

Gas: $ 60.00

Phone: $ 120.00

Insurance: $ 125.00

    For what purpose: Renter's and Vehicle Insurance

Prescriptions: $ 60.00

    For what purpose: Back Pain and Mental Health

Transportation/Car Payments: $ 0.00

    For what purpose: NA

Medical Bills: $ $0.00

    For what purpose: NA

Legal Bills: $ 0.00

    For what purpose: NA

Loans: $ 62,000.00

    For what purpose: Student Loans

Miscellaneous: $ 0.00

    For what purpose: NA

Is there any more information the Court should consider in making its determination?

## AFFIDAVIT OF APPLICANT

I declare under penalty of perjury the above answers and statements to be true and correct to the best of my knowledge. I understand that this affidavit will become an official part of the United States District Court files and that any false or dishonest answer or statements knowingly made by me in this Financial Affidavit are illegal and may subject me to criminal penalties, including any applicable fines or imprisonment, or both.

Signature: *[signature]*

Printed Name: Michael D. Wieck

Date: June 9, 2017